John H. Bishop, Respondent, v. John N. Williamson, Appellant, Impleaded with Morton B. Smith and Others, Defendants.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Burr and Miller, JJ., concurred.

Mary A. Blake, Respondent, v. Hugh S. Blake, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Burr and Miller, JJ., concurred.

Dora C. Bruenn, Appellant, v. Moritz Lowenstein and Fanny Lowenstein, Respondents.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Felice Cataruozzolo, Respondent, v. Gennaro Sito, Defendant, and United Surety Company, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the evidence of the declaration of Sito four months afterwards to the plaintiff that he did not remit the money, was allowed against the surety, and without such evidence judgment could not be rendered. Woodward, Jenks, Gaynor, Burr and Miller, JJ., concurred.

Jacob Chiprock and Others, Respondents, v. Lydia Rutherford, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ., concurred.

Continental Insurance Company, Plaintiff, v. Henry C. Fuller and Others, Composing the Firm of Harris & Fuller, Respondents, Impleaded with Julia B. Reeve and Others, Defendants. Francis L. Archer, Receiver, Appellant.— Order reversed, with ten dollars costs and disbursements. Motion granted, with costs, on the authority of *Fletcher* v. *McKeon* (71 App. Div. 278). Woodward, Jenks, Gaynor, Burr and Miller, JJ., concurred.

Robert Curry and Joseph P. Curry, etc., Respondents, v. J. V. Cunningham Realty Construction Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Burr and Miller, JJ., concurred.

Charles J. Doherty, Respondent, v. Thomas C. Webb, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

The Evening High School Teachers' Association of the City of New York, Appellant, v. The Board of Education of the City of New York, Respondent.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

Harris Finkelstein, Appellant, v. Pennsylvania Railroad Company, Respondent.— Judgment of the Municipal Court affirmed, without costs. No opinion. Woodward, Jenks, Gaynor, Burr and Miller, JJ., concurred.

William A. Freitag, an Infant, by Charles Freitag, His Guardian ad Litem, Appellant, v. Henry Van Well, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.